

# Fourth Court of Appeals
## San Antonio, Texas

April 29, 2021

No. 04-21-00156-CV

**VERDUN OIL & GAS, LLC**,
Appellant

v.

Neri **QUINTANILLA**,
Appellee

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-18-238
Honorable Baldemar Garza, Judge Presiding

## O R D E R

    Appellee Neri Quintanilla has filed an emergency motion to dismiss this appeal for lack of jurisdiction. We order appellant to file a response to the motion by 9:00 a.m. Tuesday, May 4, 2021. We further order appellant to ensure the clerk's record, which is due April 30, 2021, contains all pleadings necessary to show this court's jurisdiction. If a response is not filed by the date ordered, the court may decide the motion without a response from appellant. No extensions of time will be granted.

                                             _____
                                           Luz Elena D. Chapa, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of April, 2021.

                                             _____
                                         Michael A. Cruz,
                                         Clerk of Court